4

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MONICA LOZANO | § | |
|       Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-117 |
| VS. | § | |
| | § | |
| | § | |
| CONSECO FINANCE SERVICING | § | JURY DEMANDED |
| CORPORATIONS | § | |
|       Defendant. | § | |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to Order of the Court, Plaintiff hereby lists all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, as such are known to Plaintiff or their counsel as of this date:

      Plaintiff Monica Lozano

      Gerardo Lozano, spouse of Monica Lozano

      Defendant Conseco Finance Servicing Corporation

In addition to the parties, counsel for plaintiff and defendant may be considered financially interested and are therefore disclosed by firm.

      Law Office of John Ventura, P.C.

      The Kellett Law Firm, PC

      Defendant's counsel is unknown at this time

DATED: June 24, 2002

RESPECTFULLY SUBMITTED,

John Ventura.
Texas Bar No. 20545700
Federal Id No. 1646
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:    956-546-9398
Telecopier:    956-542-1478

By:    _____
      John Ventura
      Counsel for Plaintiff

Karen Kellett
The Kellett Law Firm, PC
Founders Square
900 Jackson Street, Suite 102
Telephone:    214-292-3660
Telecopier:    214-744-3661
Counsel for Plaintiff

## Certificate of Service

I certify that a true and correct copy of this document was served on all counsel of record, in compliance, with Rule 5 of the Federal Rules of Civil Procedure, on June 24, 2002.  Defendant's counsel is unknown at this time.

By:    _____
      John Ventura
      Counsel for Plaintiff