# OFFICERS RETURN OF SERVICE

S

**COUNTY: SOUTHERN**　　**CASE # B02117**　　　　**COURT**
　　　　　　　　　　　　　　　　　　　　Clt. Ref.#　　　　　　　Clt.# 7172
MONICA LOZANO

VS

CONSECO FINANCE SERVICING CO.　　CAB-02-117

The documents came to hand for service on 08/09/02　Time: 11:21:34

Documents received for service:

United States District Court
Southern District of Texas
FILED

**FEDERAL SUMMONS & PLAINTIFF'S ORIGINAL COMPLAINT**

AUG 1 4 2002

Michael N. Milby
Clerk of Court

The documents were delivered on 08/09/02　Time: 14:45:00

Executed at: 350 N. St. Paul St., Ste. 2900
　　　　　　　Dallas, TX 75201
to the following: **Conseco Finance Servicing Corporation**
　　　　　　　　　　**By Delivering To Its Registered Agent, Ct Corporation System**
　　　　　　　　　　**Accepted Bt Barbara Pfister**

✓　PERSONALLY delivering the document(s) to the person above.
___　SUBSTITUTE SERVICE per Order by delivering to _____ in person
　　who is sixteen (16) years of age or older, at the above listed address which is the
　　usual place of abode/business of the above named person.
___　POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, James Prince_____, am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____　　　　　　James Prince
　　　　　　　　　　　　　　　　　Professional Civil Process Dallas, Inc.
Witness Fee Tendered:_____　　1301 Main Street, Suite 202
　　　　　　　　　　　　　　　　　Dallas, Texas 75202

STATE OF TEXAS}
　　　　　　　　　　　　VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this ___ day of Aug 2002.

Pat McDonald

PCP Inv. #D0802 208　　　　　　　　　NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

PAT MCDONALD
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-12-2004

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas

MONICA LOZANO

V.

CONSECO FINANCE SERVICING CO.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-117

TO: (Name and address of Defendant)

CT CORPORATION
3500 N. ST. PAUL
DALLAS TEXAS 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ATTN: CONRAD BODDEN
LAW OFFICES OF JOHN VENTURA, P.C.
62 E PRICE RD
BROWNSVILLE TEXAS 78521

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

8/5/02
DATE

(By) DEPUTY CLERK