# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MONICA ILEANA LOZANO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-117 |
| | § | |
| CONSECO FINANCE SERVICING CORP. | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:        CONTINUED TO DATE AND TIME:

**SEPTEMBER 17, 2002 AT 2:00 P.M.**                    **NOVEMBER 19, 2002 AT 2:00 PM.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 3, 2002

TO:     MR. JOHN VENTURA
        MR. RODERICK D. HARDIE