# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MONICA ILEANA LOZANO | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-117 |
| CONSECO FINANCE SERVICING CORP. | § § | |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON CONSECO FINANCE SERVICING CORP.'S MOTION TO ABATE AND TO COMPEL ARBITRATION**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 19, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 4, 2002

TO:     MR. JOHN VENTURA
        MR. RODERICK HARDIE