United States District Court
Southern District of Texas
ENTERED
SEP 26 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MONICA LOZANO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-117 |
| | § | |
| CONSECO FINANCE SERVICING CORPORATION | § § | |

### ORDER

A review of the pleadings in this case reflects that the dispute between the parties arises over the execution of a home equity loan secured by property located in McAllen, Texas.

Plaintiff's pleadings state that she is a resident of McAllen, Texas.

The only connection with the Brownsville Division of the Southern District of Texas is the fact that one of Plaintiff's attorneys resides in Brownsville, Texas. Plaintiff's other attorney is a resident of Dallas, Texas.

IT IS THEREFORE **ORDERED** that this case be transferred to the McAllen Division of the Southern District of Texas.

SIGNED at Brownsville, Texas, on this 26th day of September, 2002.

Andrew S. Hanen
United States District Judge